UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage, LLC d/b/a
Champion Mortgage Company

In Re:
    Rosemary M. Gwaldis,

Debtor.

**Order Filed on December 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 15-14181-VFP

Adv. No.:

Hearing Date: 10/19/2017 @ 11:00 a.m..

Judge: Vincent F. Papalia

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 15, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtors:   Rosemary M. Gwaldis
Case No: 15-14181-VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Nationstar Mortgage LLC, d/b/a Champion Mortgage Company, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 52 East Linden Avenue, Linden, NJ 07036, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Michael Campagna, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of October 1, 2017, Debtor is due for post-petition escrow advanced on June 6, 2017 in the amount of $1,322.70, which Secured Creditor has advanced on Debtor's behalf, and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $1,322.70 to be received no later than October 31, 2017 to Champion Mortgage Company, P.O. Box 619093, Dallas, TX 75261; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall maintain all post-petition escrow items directly, including but not limited to taxes and insurance; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular escrow items are not paid within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan and the motion is hereby resolved.