Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−14181−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Rosemary M. Gwaldis
  52 East Linden Avenue
  Linden, NJ 07036

Social Security No.:
  xxx−xx−7427

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/1/18 at 11:00 AM

to consider and act upon the following:

*48* − Creditor's Certification of Default (Related document(s) 41 Motion for Relief from Stay re: 52 East Linden Avenue, Linden NJ 07036. Fee Amount $ 181. filed by Creditor Champion Mortgage Company.) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC D/B/A Champion Mortgage Company. Objection deadline is 02/13/2018. (Attachments: # 1 Exhibit Executed Certification # 2 Proposed Order # 3 Certificate of Service) (Carlon, Denise). Modified on 2/1/2018 (dmc).

*49* − Certification in Opposition to (related document:48 Creditor's Certification of Default (Related document(s) 41 Motion for Relief from Stay re: 52 East Linden Avenue, Linden NJ 07036. Fee Amount $ 181. filed by Creditor Champion Mortgage Company.) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC D/B/A Champion Mortgage Company. Objection deadline is 02/13/2018. (Attachments: # 1 Exhibit Executed Certification # 2 Proposed Order # 3 Certificate of Service) (Carlon, Denise). Modified on 2/1/2018 (dmc). filed by Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company) filed by Michael B. Campagna on behalf of Rosemary M. Gwaldis. (Attachments: # 1 Exhibit) (Campagna, Michael)

Dated: 2/7/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court