Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−14181−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosemary M. Gwaldis
   52 East Linden Avenue
   Linden, NJ 07036

Social Security No.:
   xxx−xx−7427

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/1/18 at 11:00 AM

to consider and act upon the following:

*48* − Creditor's Certification of Default (Related document(s) 41 Motion for Relief from Stay re: 52 East Linden Avenue, Linden NJ 07036. Fee Amount $ 181. filed by Creditor Champion Mortgage Company.) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC D/B/A Champion Mortgage Company. Objection deadline is 02/13/2018. (Attachments: # 1 Exhibit Executed Certification # 2 Proposed Order # 3 Certificate of Service) (Carlon, Denise). Modified on 2/1/2018 (dmc).

*49* − Certification in Opposition to (related document:48 Creditor's Certification of Default (Related document(s) 41 Motion for Relief from Stay re: 52 East Linden Avenue, Linden NJ 07036. Fee Amount $ 181. filed by Creditor Champion Mortgage Company.) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC D/B/A Champion Mortgage Company. Objection deadline is 02/13/2018. (Attachments: # 1 Exhibit Executed Certification # 2 Proposed Order # 3 Certificate of Service) (Carlon, Denise). Modified on 2/1/2018 (dmc). filed by Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company) filed by Michael B. Campagna on behalf of Rosemary M. Gwaldis. (Attachments: # 1 Exhibit) (Campagna, Michael)

Dated: 2/7/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Rosemary M. Gwaldis  
    Debtor

Case No. 15-14181-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 07, 2018  
                     Form ID: ntchrgbk     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2018.
```
db             +Rosemary M. Gwaldis,    52 East Linden Avenue,    Linden, NJ 07036-3108
cr             +Nationstar Mortgage LLC D/B/A Champion Mortgage Co,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
cr             +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, TX 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2018 22:52:48     Synchrony Bank,
                 c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
                                                                                            TOTAL: 1
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Champion Mortgage Company dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Champion Mortgage Company jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company kevinbuttery@gmail.com
              Kevin P. Diskin    on behalf of Creditor    Toyota Motor Credit Corporation
               NJ_ECF_Notices@buckleymadole.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael B. Campagna    on behalf of Debtor Rosemary M. Gwaldis mcampagna@verizon.net
                                                                                            TOTAL: 7
```